UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| BRET C. MERKLE, | ) | CIV. 10-4044-KES |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGMENT OF DISMISSAL |
| vs. | ) | |
| | ) | |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the stipulation for judgment of dismissal signed by the parties, it is

ORDERED, ADJUDGED, AND DECREED that this action is dismissed on the merits, with prejudice, and with the parties bearing their own costs.

Dated July 8, 2010.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
CHIEF JUDGE